**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

UNITED STATES OF AMERICA

        Plaintiff,

    v.                                             Criminal No. 14-cr-350 (ADM)

LOVETTE MARION DEJOACHIM,

        Defendant.
_____

UNITED STATES OF AMERICA

        Plaintiff,

    v.                                             Criminal No. 14-cr-349 (MJD)

JESSICA ROMLEY CLARK,

        Defendant.
_____

UNITED STATES OF AMERICA

        Plaintiff,

    v.                                             Criminal No. 14-cr-348 (DWF)

ADRIENNE UNIQUE BATES,

        Defendant.
_____

UNITED STATES OF AMERICA,

        Plaintiff,

    v.                                             Criminal No. 14-cr-344 (JRT/FLN)

1. SIENEMAH TERRANCE GAYE,
   a/k/a Sin,
   a/k/a Neimah,
   a/k/a Doc,
   a/k/a Mil_Yun,
   a/k/a R.W.,

2. FINOH SAHR FILLIE,
   a/k/a Noh Noh,
   a/k/a Expensive Noh Noh,
   a/k/a L.B.,

3. KARZIL RENALDO CANNEDY,
   a/k/a Zell,
   a/k/a Zell Zilla,
   a/k/a K,

4. JAMES LUELLYING CAPEHART, III,
   a/k/a Big,
   a/k/a Bigs,
   a/k/a Biggie,
   a/k/a B,
   a/k/a D.C.,

5. JEFFREY DULWONH GBOR,
   a/k/a Hustle,
   a/k/a 24-Hour Hustle,
   a/k/a A.B.,

6. LARRY WLEAH BORTEH,
   a/k/a Lorenzo Shaw,
   a/k/a L Boogie,
   a/k/a Boogs,
   a/k/a Lord,

7. ANTHONY TARPEH KUGMEH,
   a/k/a Yayo,
   a/k/a Yay,
   a/k/a Tito,
   a/k/a Calvin,
   a/k/a E.H.,

8. SAMUEL GAYAH KARMO,
   a/k/a Sammo,
   a/k/a Scotty G,

9. SAMBA ERIC KONDEH KAMARA,
   a/k/a El Ricky,

10. FULTON KPENEON BADIO,
    a/k/a Fofo,
    a/k/a Dadon,
    a/k/a Don,

11. KHAN Z GBOR,
    a/k/a Sonic,
    a/k/a Sonic Hd,

12. DELANDEZ DOMINIQUE
    WILLIAMSON,
    a/k/a Moose,

13. PRINCE KORBOI SUMOSO,
    a/k/a Jimi Hendrix Jr.,

14. BAI ALBERT KIAWOIN,
    a/k/a Boss,
    a/k/a Kid,

15. VICTOR JERRY MASSALY,
    a/k/a Victor Massazy,

16. FELISHA HASSIM,

17. ANNESA HASSIM,

18. TIMOTHY JASON TILLMAN,

19. MALCOLM LOUIS CORNELL,

20. KLEME DOGBO SAMOLU,

21. AYESHA VERNEDER MCKINNEY,
    a/k/a Ayesha Green,
    a/k/a Ayesha Robinson,

22. JOHNSON SAYONKON,
    a/k/a Superboy,
    a/k/a Johnson Nelson Sayonkon,

23. MAURICE LERON GRIFFIN,
    a/k/a Murder Reese,
    a/k/a Reese,
    a/k/a Griff,

24. KAELA MONAE LEWIS,
    a/k/a Kae'kae, and

25. OWEN MENSOHN GBORPLAY,
    a/k/a Flex,
                    Defendants.

## NOTICE TO THE COURT OF POSSIBLE RELATED CASES

The undersigned attorney hereby notifies the Court and counsel that the above-captioned cases are related for the following reasons:

- Cases that arise out of the same investigation and have temporal proximity.
- The cases stem from an investigation of a common organization; e.g., a particular gang, corporation, financial institution, etc., and the cases involve common personnel and/or factual scenarios.

Dated: October 29, 2014

Respectfully submitted,

ANDREW M. LUGER
United States Attorney

*s/Lola Velazquez-Aguilu*

BY: LOLA VELAZQUEZ-AGUILU
Assistant United States Attorney
Attorney ID No. 389486